**Salvatore T. Alfano, P.A.**
Attorney at Law
P.O. Box 1450
55 Washington Street
Bloomfield, NJ 07003
(973) 743-9390
FAX (973) 743-1015
● E-Mail stalfano@aol.com

December 12, 2012
E-File
Hon. Katharine S. Hayden, Senior Judge
United States District Court, District of New Jersey Newark
Frank R. Lautenberg U.S. P.O. & Chose. Building
Room 311
P.O. Box 999
Newark, NJ 07101-0999

                          United States v. Gregory Ciccone
                          Criminal No. 11-554

Dear Judge Hayden:

    As you know, Louis Esposito and I represent defendant. With
the consent of the government, we respectfully✕request a two
week adjournment of the current motion schedule which is
December 21 for defense motions, January 8 for government
response and a January 23 hearing date. We are currently
exploring a possible plea and need the additional time to do so.
Moreover, we need to review a search warrant affidavit that we
understand has just been unsealed. The requested adjournment
would have no impact on the trial date which is scheduled for
March.

    We await the Court's advice. If you have any questions or
comments, please feel free to contact me.   Thank you.

                              Respectfully,

                              *Salvatore T. Alfano* (signature)

                              Salvatore T. Alfano

c- Louis Esposito
Joseph Mack

✱ Request GRANTed.
Oral argument remains scheduled for 1/22/13 @ 10:00.
Trial commencing on 3/5/13 @ 9:00 am.

SO ORDERED: _____
                    KATHARINE S. HAYDEN, U.S.D.J.

DATE: _____12/14/12_____