UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| United States of America, | |
| v. | Criminal No. 11-554 (KSH) |
| Gregory Ciccone, | **ORDER on Application to the Family Part to Unseal Records** |
| Defendant. | |

The Court having reviewed defendant's submissions in support of his application to unseal records filed in his matrimonial litigation in the Superior Court, Chancery Division, Family Part;   and in the interest of completeness with respect to the presentence investigation being conducted in the within prosecution,

It is on this 22nd day of April, 2013,

**ORDERED** that defendant may apply to the Family Part for permission to provide psychological evaluations/reports of Gregory Ciccone to United States Probation and the federal prosecutor, subject to such restrictions as are deemed appropriate by the Family Part to protect the privacy interests of others and to preserve the integrity of proceedings in the Family Part.

/s/ Katharine S. Hayden
KATHARINE S. HAYDEN
United States District Judge

Case 2:11-cr-00554-KSH   Document 40   Filed 04/22/13   Page 2 of 2 PageID: 134